Mary E. Miller v. Gordon D. Miller and Others.— Motion denied, with ten dollars costs.

Joseph Wiener v. Sadie Wiener.— Motion granted.

Oscar I. Mayer v. William W. Penfield. William J. Sweeney v. Douglas Copper Company. Morris Florea v. Harry Kramer.— Applications granted. Orders signed.

William J. Sweeney v. Douglas Copper Company.— Motion granted.

George F. Considine v. Hudson Trust Company.— Motion granted. Order to be settled on notice.

The People of the State of New York ex rel. Third Avenue Railway Company and Others v. Public Service Commission and Others.— Application granted, form of question to be determined on settlement of order. Order to be settled on notice.

In the Matter of The Board of Rapid Transit Commissioners (Lexington Avenue Route). In the Matter of The Board of Rapid Transit Commissioners (Third Avenue Route). In the Matter of The Board of Rapid Transit Commissioners (Seventh and Eighth Avenue Route). In the Matter of The Board of Rapid Transit Commissioners (Fourteenth Street Route). In the Matter of the Board of Rapid Transit Commissioners (White Plains Road Route).— Applications granted and time extended for two years from October 15, 1911. Orders to be settled on notice.

In the Matter of Charles Shamroth, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of Benjamin Jaffe, an Attorney.— Reference ordered. Order to be settled on notice.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 6598 Issued to Henrietta De Rose, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Daniel O. Lang, Respondent, v. Mattie K. Lang, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Supplementary Proceedings of Simon Bender and Morris Bender, Judgment Creditors, Appellants, v. Patrick Lonergan, Judgment Debtor. Minnie Lang, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Scott, J., dissenting.

In the Matter of the Application of August G. Helms, as Trustee under the Last Will and Testament of Charles F. Helms, Deceased, Appellant, for an Order Authorizing Him as Such Trustee to Sell Certain Real Estate, etc. Auguste Helms and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.